# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CHRISTOPHER JACKSON,

    **Plaintiff**

    v.                                Case No. 2:16-cv-00815-SGC

AKEEM D. EDMONDS, et al.,

    **Defendants**

## STIPULATION OF DISMISSAL

    The parties, through their respective counsel, stipulate that this matter is to be dismissed, with prejudice, each side to bear its own costs.

      /s/ Richard Rice
P.O. Box 530797
Birmingham, AL 35253-0797
205-901-4169
rrice@rice-lawfirm.com

      /s/ David Gespass
David Gespass
GESPASS & JOHNSON
P.O. Box 550242
Birmingham, AL 35255-0242
205-323-5966
205-323-5990 (fax)
pass.gandjlaw@gmail.com
Attorneys for Plaintiff

      /s/ Bart Harmon
Assistant Attorney General
Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130-1501
(334) 353- 4859
Attorney for Defendants